IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SPI/MOBILE PULLEY WORKS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 24-00226-KD-MU |
| DREDGE YARD, INC., DMCC; and ROBERT JONK, | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the Motion to Consolidate filed by Defendants Dredge Yard, Inc., DMCC and Robert Jonk (doc. 3). Defendants seek consolidation with <u>Dredge Yard, Inc., DMCC v. SPI/Mobile Pulley Works, LLC</u>, Civil Action No. 24-00204-KD-MU for discovery and trial. Upon consideration, Plaintiff SPI/Mobile Pulley Works, LLC shall file its **response** on or before **August 5, 2024**, and Defendants shall file any **reply** on or before **August 14, 2024.**

**DONE** and **ORDERED** this 26th day of July 2024.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE