# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SPI/MOBILE PULLEY WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 24-00226-KD-MU |
| | ) |
| DREDGE YARD, INC., DMCC; and | ) |
| ROBERT JONK, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of the portions of the Report and Recommendation (doc. 13) to which objection (doc. 14) is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, Defendants Dredge Yard, Inc., DMCC and Robert Jonk's Motion to Dismiss is GRANTED, this action is DISMISSED without prejudice, and the Motion to Consolidate is MOOT.

DONE and ORDERED this the 19th day of November 2024.

                                                               **s / Kristi K. DuBose**
                                                            **KRISTI K. DuBOSE**
                                                            **UNITED STATES DISTRICT JUDGE**