# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SPI/MOBILE PULLEY WORKS, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 24-00226-KD-MU |
| | ) |
| **DREDGE YARD, INC., DMCC; and ROBERT JONK,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice.

**DONE** and **ORDERED** this 19th day of November 2024.

    <u>s / Kristi K. DuBose</u>
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**